**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sylvia Hope LOPEZ, Defendant—
Appellant.**

**No. 05–30502.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2006.*

Decided June 19, 2006.

James P. Hagarty, Esq., Yakima, WA, for Plaintiff-Appellee.

Nicholas W. Marchi, Esq., Carney & Marchi, PS, Seattle, WA, for Defendant-Appellant.

Before: WALLACE, KLEINFELD and BERZON, Circuit Judges.

MEMORANDUM **

Sylvia Hope Lopez appeals from her 60-month prison sentence imposed following her guilty plea to possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

Lopez contends the district court erred in finding it lacked discretion to impose a sentence below the five-year mandatory minimum sentence provided in 18 U.S.C. § 924(c)(1)(A)(i). Specifically, she argues that statutorily mandated minimum sentences violate due process by depriving the sentencing court of its ability to consider individualized mitigating circumstances to the extent such circumstances may warrant a sentence below the minimum. We rejected this claim in *United States v. Kidder,* 869 F.2d 1328, 1334–35 (9th Cir. 1989) (rejecting argument that a statutory mandatory minimum sentence is "unconstitutional because it unduly restricts the sentencing judge's ability to impose an individualized sentence"). Because *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), "does not

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

bear on mandatory minimums," *United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005), *Kidder* controls.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.